UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRENCE R. VANCE,<br><br>   Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>   Respondent. | Civil No. 15-cv-1150-JPG<br><br>Criminal No 09-cr-40070-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Terrence R. Vance's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Terrence R. Vance, and that this case is dismissed with prejudice.

**DATED: March 21, 2017**          JUSTINE FLANAGAN, Acting Clerk of Court

                              *s/Tina Gray*, **Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**